# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 24, 2024

Troy Anthony Price
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

      RE:  24-1854  LaDonna Humphrey v. Anthony Christopher, et al

Dear Counsel:

      This court has received the notice of appeal and docket entries from the Clerk of the United States District Court, and thus the record is now available to this court. The record is deemed filed as of this date. We have docketed the appeal under the caption and the case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Stephanie N. O'Banion
Acting Clerk of Court

CMH

Enclosure(s)

cc: Clerk, U.S. District Court, Western Arkansas
    Charles Turner Coleman
    Dustin Doty
    LaDonna Humphrey
    Glenn Scott Ritter
    U.S. Trustee

    District Court/Agency Case Number(s): 5:20-cv-05048-PKH

**Caption For Case Number:   24-1854**

LaDonna Humphrey

        Appellee

v.

Anthony Christopher; Absolute Pediatric Therapy

        Appellants

U.S. Trustee

        U.S. Trustee

**Addresses For Case Participants:   24-1854**

Troy Anthony Price
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Charles Turner Coleman
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Dustin Doty
WRIGHT & LINDSEY
Suite 510
3333 Pinnacle Hills Parkway
Rogers, AR  72758-8960

LaDonna Humphrey
11580 Farrar Road
Bentonville, AR  72713

Glenn Scott Ritter
WRIGHT & LINDSEY
Suite 510
3333 Pinnacle Hills Parkway
Rogers, AR  72758-8960

U.S. Trustee
U.S. TRUSTEE'S OFFICE
Region 13 District of Arkansas
Suite 1200
200 W. Capitol Avenue
Little Rock, AR  72201-0000