24-1854  LaDonna Humphrey v. Anthony Christopher, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/24/2024

**Case Name:**    LaDonna Humphrey v. Anthony Christopher, et al
**Case Number:**  24-1854

**Docket Text:**
Bankruptcy Case Docketed. [5386663] [24-1854]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Dustin Doty: ddoty@wlj.com
Troy Anthony Price: tprice@wlj.com, bking@wlj.com,dlantz@wlj.com
Glenn Scott Ritter: gritter@wlj.com