# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 14, 2024

James Justin Haller
Unit 518
250 Anthony Avenue
Mundelein, IL  60060

RE:  24-1854  LaDonna Humphrey v. Anthony Christopher, et al

Dear Counsel:

The amicus curiae brief of the National Association of Consumer Bankruptcy Attorneys and the National Consumer Bankruptcy Rights Center has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Maureen W. Gornik
Acting Clerk of Court

HAG

Enclosure(s)

cc: Charles Turner Coleman
 Dustin Doty
 LaDonna Humphrey
 Troy Anthony Price
 William B. Putman
 Glenn Scott Ritter
 U.S. Trustee

District Court/Agency Case Number(s):  5:20-cv-05048-PKH