# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 29, 2025

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 24-1854 LaDonna Humphrey v. Anthony Christopher, et al

Dear Sir or Madam:

An opinion was filed today in the above case.

Counsel who represented the appellants was Charles Turner Coleman, of Little Rock, AR, Troy Anthony Price, of Little Rock, AR, Glenn Scott Ritter of Little Rock, AR.

Counsel who represented the appellee was William B. Putman of Fayetteville, AR.

The following attorney(s) appeared on the amicus brief of National Association of Consumer Bankruptcy Attorneys and National Consumer Bankruptcy Rights Center on behalf of the appellee; James Justin Haller, of Mundelein, IL.

The judge who heard the case in the district court was Honorable P. K. Holmes, III.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc: Lois Law
    MO Lawyers Weekly

District Court/Agency Case Number(s): 5:20-cv-05048-PKH