# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————————

No:  24-1854

———————————————

LaDonna Humphrey

Appellee

v.

Anthony Christopher; Absolute Pediatric Therapy

Appellants

U.S. Trustee

U.S. Trustee

------------------------------

National Association of Consumer Bankruptcy Attorneys; National Consumer Bankruptcy
Rights Center

Amici on Behalf of Appellee(s)

———————————————

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05048-PKH)

———————————————

## JUDGMENT

Before SMITH, SHEPHERD, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the
district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the
originating court is vacated and dismissed in accordance with the opinion of this Court.

July 29, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler